Dated: October 1, 2017

VIA FIRST CLASS MAIL.

PATTI SARIS
CHIEF JUSTICE OF THE UNITED STATES
DISTRICT COURT FOR MASSACHUSETTS
JOHN JOSEPH MOAKLET U. S. COURTHOUSE
1 COURTHOUSE WAY,   SUITE
BOSTON, MASSACHUSETTS   02210

In Re:  James Peter Kyricopoulos, petitioner

       v.

      Erin Gaffney, respondent

Dear Chief Justice;

     I am forwarding this to your "honorable" attention re: the above habeas corpus dated Sept. 12, 2017, kindly see copy of cover letter where clear inference can be drawn. As of today I have not received one ounce of communication re: the filing of the new habeas corpus, my girlfriend confirmed that the money order was processed, that is nice, but no docket number, etc.

     Sadly as everyone knows in the First Circuit and this Court the petitioner is falsely imprisoned because of egregious misconduct by the Attorney General and State Supreme Court of Massachusetts.

     A reasonable person would conclude that both these Courts are "morally bankrupct," but again this is 2017, politics dominates the United States Constitution.

     Your immediate attention to this most compelling matter

of long overdue justice would be deeply apprecoiated as the petitioner approaches his 68th birthday. As my 92 year old mother tells everyone, hell will freeze over before this state and federal government agents will "break" my son.

I await your intervention , and of course your time is deeply appreciated.

Sincerely,

James Peter Kyricopoulos,
W-105398
petitioner, pro-se
presently incarcerated at:
Old Colony Correctional Center
Minimum Security
ONe Administration Road
Bridgewater, Mass. 02324

JPK
enclosure
cc:   ??, SJC
      Clerk of Courts, U.S. District Court

Dated:  Sept. 12, 2017


VIA PRIORITY MAIL.


CLERK
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED
STATES COURTHOUSE
1 COURTHOUSE WAY,   SUITE 2300
BOSTON, MASSACHUSETTS   02210


In Re:  James Peter Kyricopoulos, petitioner
        Habeas Corpus


Dear Sir/Madam;

   Please find enclosed upon receiving a  Order   from the United States Court of Appeals dated September 6, 2017, that I do not need leave" to file another habeas corpus,  the following to be filed, processed and docketed forthwith:


   1.  Petitioner, James peter Kyricopoulos' Habeas Corpus Pursuant to 28, U.S.C.2254, (original plus 2 additional sets;  and

   2.  A money order  in the amount of $5.00, which is the required filing fee.

Thank you for your time.

                                    Sincerely,

                                    James Peter Kyricopoulos,
                                    petitioner, pro-se
                                    ID # W-105398
                                    presently incarcerated at:
                                    Old Colony Correctional
                                    Center-Minimum Security
                                    ONe Administration
                                    Bridge...

JPK



JAMES PETER KYRICOPOULOS
W-105398
OCCC MINIMUM SECURITY
ONE ADMINISTRATION RD
BRIDGEWATER, MA 02324

CLERK
OFFICE OF THE CLERK
FOR THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

BROCKTON MA 023
03 OCT 2017 PM 1 T

022103025