Dated: November 2, 2017

VIA FIRST CLASS MAIL.

ATTN: LISA PEZZAROSSI, DEP. CLERK
TO THE HONORABLE UNITED STATES
DISTRICT JUDGE F. DENNIS SAYLOR IV
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

In Re:  James PeterKyricopoulos, petitioner

       v.

      Erin Gaffney, respondent

      Habeas Corpus, civil action no. 17-11778-FDS

Dear Ms. Pezzarossi;

   Upon receiving the respondent's pleadings today, dated October 31, 2017, as you are aware that within the past few days the petitioner forwarded you 3 sets of his Amended Petition dated October 26, 2017 upon receiving this Court's Order Allowing the petitioner's Motion to Amend. see attached copy.

   Upon receiving no notice from your office that you forwarded copies of the amended petition, the petitioner today mailed to Ms. Eva Badway a true copy of it, see attached Certificate of Service.

Thank you for your time.

                              Sincerely,

                              James Peter Kyricopoulos
                              petitioner, pro-se
                              presently incarcetrated
                              at: Old Colony Corr.
                              Center-Minimum Security

JPK
enclosures                      One administration Rd.
cc: Eva Badway               Bridgewater, Mass. 02324

\*\* Please take notice, I had to send out 3 envelopes,
ONE SET IN EACH ENVELOPE.\*\*\*\*

Dated: October 26, 2017

VIA PRIORITY MAIL.

ATTN: LISA PEZZAROSSI, DEP. CLERK
UNITED STATES DISTRICT COURT
OFFICE OF THE DISTRICT COURT
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

IN Re: James Peter Kyricopoulos, petitioner

v.

Erin Gaffney, respondent

Habeas Corpus no. 17-11778-FDS

Dear Ms. Pezzarossi;

Uponb receipt of this Court's Order to Amend his Habeas Corpu petition, said Order dated October 19, 2017, see attached copy o kindly find enclosed to be filed and processed :

1. Petitioner, James Peter Kyricopoulos's Amended Petition with Amendede Statement of Fact, with appendix, Exhibits A-F, with Memorandum of Law; original plus 2 additional sets.

Thank you for your time.

Sincerely,

James Peter Kyricopoulos,
petitioner, pro-se
presently incarcerated at:
Old colony Correctional Center
Minimum Security
ONe Administration Road
Bridgewater, Mass. 02324

JPK
enclosures

## Orders on Motions
1:17-cv-11778-FDS Kyricopoulos
v. Gaffney

HABEAS,PaperRecord

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 10/19/2017 at 3:49 PM EDT and filed on 10/19/2017
**Case Name:** Kyricopoulos v. Gaffney
**Case Number:** 1:17-cv-11778-FDS
**Filer:**
**Document Number:** 10(No document attached)

**Docket Text:**
Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting [8] Motion to Amend. Petitioner is directed to file a complete Amended Petition by 11/2/2017. COPY MAILED. (Pezzarossi, Lisa)


1:17-cv-11778-FDS Notice has been electronically mailed to:

1:17-cv-11778-FDS Notice will not be electronically mailed to:

James Peter Kyricopoulos
W#105398
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

## CERTIFICATE OF SERVICE

I, James Peter Kyricopoulos, petitioner, pro-se do hereby certify that a true copy of the petitioner's Amended Petition of Habeas Corpus was mailed to the Asst' Attorney General, Eva Badwa One ashburton Place, Boston, Mass. 02108 byfirst class mail, post age prepaid this 2nd day of November, 2017.

_____
James Peter Kyricopoulos

Dated: November 2, 2017