FILED
IN CLERKS OFFICE

2017 NOV -6  PM 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES PETER KYRICOPOULOS,<br>petitioner | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-11778-FDS |
| | ) | |
| ERIN GAFFNEY,<br>respondent | ) | |
| | ) | |

PETITIONER"S MOTION TO COMPEL

NOW COMES the petitioner, pro-se and moves this honorable Court to Allow his Motion to Compel, to Compel the respondent's counsel to immediately product the identities of "so-called victims," see attached copy of her statement dated October 31, 2017 that there is a existence of victime. The petitioner submits that he is the victim.

Accordingly, petitioner's Motion to Compel must be Allowed, and said respondent's counsel produce said victim(s) immediately.

Respectfully submitted,

James Peter Kyricopoulos,
petitioner, pro-se
presently incarcerated at:
Old Colony Correctional Cen-
ter-Minimum Security
One Administration Road
Bridgewater, Mass. 02324

Dated: November 3, 2017

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
JAMES PETER KYRICOPOULOS,           )
          Petitioner,               )
                                    )
v.                                  )   Civil Action No. 17-11778-FDS
                                    )
ERIN GAFFNEY                        )
          Respondent.               )
_____)

## RESPONDENT'S STATEMENT REGARDING EXISTENCE OF VICTIMS

Pursuant to this Court's Order dated October 10, 2017, the respondent, Erin Gaffney, hereby states that the offenses of which petitioner James Peter Kyricopoulos, was convicted and upon which this petition for a writ of habeas corpus is based did have victims, as that term is defined in 18 U.S.C. § 3771.

                                    Respectfully submitted,

                                    MAURA HEALEY
                                    Attorney General
                                    /s/ Eva M. Badway
                                    Eva M. Badway
                                    Assistant Attorney General
                                    Criminal Bureau
                                    One Ashburton Place
                                    Boston, Massachusetts 02108
                                    (617) 963-2824
Dated: October 31, 2017             BBO # 635431

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 31, 2017.

                                    /s/ Eva M. Badway
                                    Eva M. Badway