FILED
IN CLERKS OFFICE

2017 NOV -6 PM 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES PETER KYRICOPOULOS, )
    petitioner

)

v.                                 Civil Action No. 17-11778-FDS

)

ERIN GAFFNEY,
    respondent

)

## PETITIONER'S MOTION FOR IMMEDIATE RELEASE

NOW COMES The petitioner, pro-se and moves this honorable Court to Allow his Motion for Immediate Release from state prison, As reasons for, reviewing the petitioner's Amended Petition dated October 26, 2017, the respondent's Motion to Dismiss, (which is absolutely deseration at its best), and the petitioner's opposition to Respondent's Motion to Dismiss, the only reason that the petitioner is still in prison, is because of the collusion between Ms. Badway and the State Supre Justice, Elspeth Cypher who colluded to committ perjury within Writ of Mandamus denied on June 12, 2017, no. SJ-2017-0182, WOW, colluded to committ perjury, see "wheel v. Robinson," 2nd circuit. The petitioner is not going to belabor the serious misconduct engaged in by these 2 state agents.

The petitioner has also filed same day his Motion/Request for a Evidentiary Hearing that will complete the grounds for further investigation of lawyers that engage in unprofessional misconduct, see "auerhahn v. United States, 2009, first circuit, of course referring to petitioner's Memorandum of Law in his Amended Petition is a "smoker."

Ms. Badway submits the relief that the petitioner seeked in his Writ of Mandamus, no. SJ-2017-0182, wasfor the pre-trial transcript, with all due respect to this Court, a most perjurious statement, she belongs i n Jail, how sick is she, but the SJC Justice , Elspeth Cypher agreed to go along with it, HOW SICK IS SHE.

His innocence is so compelling, another day in prison is a mocker of Justice.

Accordingly, his Motion for Immediate Release is a formality, and evewn more compelling, there is n reason to give respondent 10 days to reply, that is comical, his Motion must be Allowed. The petitioner is amused by the lack of respect, because he is PRO-SE.

Respectfully submitted,

James Peter Kyricopoulos,
defendant/petitioner, pro-se
presently incarcerated at
Old colony Correctional
Center-Minimum SEcurity-One administration Rd.
Bridgewater, Mass. 02324

dated: November 3, 2017