FILED
IN CLERKS OFFICE

2018 JAN -2 PM 1: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dated: December 28, 2017

CERTIFIED MAIL:
RETURN RECEIPT REQUESTED
NO.  7001-2510-0006-4197-2920

WILLIAM WEINREB
ACTING UNITED STATES ATTORNEY
FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE  9200
BOSTON, MASSACHUSETTS   02210


In Re:   Criminal Complaint(s)

   Falsifying Court Documents to Committ Perjury;

   Obstruction of Justice.


Dear Mr. weinreb;

   Please find enclosed a Motion of Recusal of Federal Judge Saylor IV in a pending habeas corpus, no. 17-11778-FDS. The shocking revelations that your office will deem will shock yoiu. The petitioner is sitting in state prison since June of 2017 because of state agents falsifying Court documents to committ poerjury, and the federal judge has no problem with that.

   To put it bluntly, the federaljudge is seriously mentally ill and not qualify to be a federal judge.


I await your response, before I go to Washington.


                                           Sincerely,

                                           James Peter Kyricopoulos,
                                              petitioner, pro-se
                                           presently incarcerated at:
                                           OCCC-Minimum Security

One Administration Road
Bridgewater, Mass. 02324

JPK
enclosures
cc:  U.S.D.J. F Dennis Saylor IV
     Chief Judge Patti Saris