UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JAMES PETER KYRICOPOULOS,  )

   petitioner

                                 )

v.                                    Civil Action
                               )     No. 17-11778-FDS

ERIN GAFFNEY,

   respondent              )


PETITIONER'S NOTICE PRIOR TO FILING
CRIMINAL COMPLAINT

NOW COMES the petitioner, pro-se, and submits this "final" notice to this Court and all interested parties, See Certificate of Service. This civil matter is a pending **habeas corpus**, where the U.S.D.J. Saylor IV is just sitting on said habeas corpus, **making a SHAM out of the GREAT WRIT**, that our forefathers called it. THe petitioner has attached a document titled "Federal Criminal Crimes," where within said habeas corpus, petitioner filed An Amended Habeas Corpus, that showed the petitioner is being falsely imprisoned, how much so, the Attorney General and a Justice of the Supreme Judicial Court of Massachusetts, engaged in collusion, to falsify the docket entries to commit perjury, WHAT!!!!, this being last JUne, June 12, 2017, Writ of Mandamus no. SJ 2017-0182, WHAT.

The petitioner submits the "controlling" authority, see "Wheel v. Robinson, 34 F 3d, 1993, 2nd circuit," this case was about a State Judge in Vermont who falsified the docket entries to commit PERJURY, WHAT, same acts, she was sent to prison, WHAT.

What the petitioner is saying, he is a victim of criminal acts, (federal), and he is in prison, the culprits are living their lives like evrerything is wonderful, OH by the way, Maura Healey and her willing partner in this criminal venture, are both "lesbians," WHAT a hate cdrime.

The petitioner has attached a copy of docket entries he received from JUdge Saylor IV's clerk, dated January 10, 2018, see docket no. 18, dated November 2, 2017, please take judicial notice, Mr. Lelling and Mr. Shaw of the F.B.I., no activity by the court, do not federal judges like everyone else, must contact the proper authorities when they become aware of a federal crime. WOW but understand the petitioner went to the First Circuit Court of Appeals with the compelling evidence, they DENIED the Writ of Man damus, dated August 3, 2017, WHAT, they know of this criminal wrongdoing, Justices Torruella, Lynch and Barron WOW, they had the POWER to remedy this sick ORDEAL, NO, keep an innocent man in prison, what gutless cowards.
Yes, the petitioner is 68 years of age, college educated, 3 years of Law, and is not afraid of any JUdge, etc., repeat, no fear, how sick are thsee liberal judges.

(3)

Understand, Mr. Weinbred last month said that "no one is above the LAw," well the petitioner hopes that the federal judges do what they are suppose to do, OH, by the way, 39 months of the most deliberaste and intentional acts of false imprisonment.

For everyone to realize, all the evidence is located within the aforementioned "amended habeas corpus," docket no,18.

ON or about February 5, 2018, the petitioner will forward the criminal complaints to the proper authorities.

Respectfully submitted,

James Peter Kyricopoulos,
petitioner, pro-se
presently incarcerated at:
Old Colony Correctional Center
Minimum Security
ONe Administration Road
Bridgewater, Mass. 02324

Dated: January 26, 2018

## CERTIFICATE OF SERVICE

I, James Peter Kyricopoulos, petitioner, pro-se do hereby certify that true copies of the enclosed were mailed to the following by first class mail, postage prepaid this 26th day of January, 2018:

EVA BADWAY, ASST' ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS   02108

ANDREW LELLING
UNITED STATES ATTORNEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 9200
BOSTON, MASSACHUSETTS   02210

MARGARET CARTER, CLERK
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE, SUITE  2500
BOSTON, MASSACHUSETTS   02210

HAROLD SHAW
SPECIAL  AGENT IN CHARGE
FEDERAL BUREAU OF INVESTIGATION
DISTRICT OFFICE
201 MAPLE STREET
CHELSEA, MASSACHUSETTS   02150-1821

_____
James Peter Kyricopoulos

Dated: January 26, 2018

FEDERAL CRIMINAL CRIMES

Ex 1

Obstruction of Justice:

Interference with the orderly administration of law and justice, as by giving false information to or witholding evidence from a police officer or prosecutor.

Collusion:

An agreement to defraud another or to obtain something forbidden by law

Perjury:

The act or an instanceof a person's deliberately making false or misleading statements while under oath.

Conspiracy:

An agreement by two or more persons to commit an unlawful act, a combination for an unlawful purpose.

Aid and Abet:

To assist or facilitate the commission of a crime, or to promote its accomplishments.

## Other Events
1:17-cv-11778-FDS Kyricopoulos
v. Gaffney

HABEAS,PaperRecord

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 1/10/2018 at 3:16 PM EST and filed on 1/10/2018
**Case Name:** Kyricopoulos v. Gaffney
**Case Number:** 1:17-cv-11778-FDS
**Filer:**
**Document Number:** 32(No document attached)

**Docket Text:**
**DOCKET SHEET sent to James Peter Kyricopoulos. (Pezzarossi, Lisa)**

**1:17-cv-11778-FDS Notice has been electronically mailed to:**

Eva M. Badway    eva.badway@state.ma.us, appealsefilings@state.ma.us

**1:17-cv-11778-FDS Notice will not be electronically mailed to:**

James Peter Kyricopoulos
W#105398
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

HABEAS,PaperRecord

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:17-cv-11778-FDS

Kyricopoulos v. Gaffney  
Assigned to: Judge F. Dennis Saylor, IV  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/18/2017  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

James Peter Kyricopoulos

represented by James Peter Kyricopoulos  
W#105398  
Old Colony Correctional Center  
1 Administration Road  
Bridgewater, MA 02324  
508-279-6000  
PRO SE

V.

**Respondent**

Erin Gaffney

represented by Eva M. Badway  
Attorney General's Office  
Room 2019  
One Ashburton Place  
Boston, MA 02108-1698  
617-727-2200 x2824  
Fax: 671-727-5755  
Email: eva.badway@state.ma.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2017 | 1 | PETITION for Writ of Habeas Corpus pursuant to 28:2254, filed by James Peter Kyricopoulos.(Coppola, Katelyn) (Entered: 09/18/2017) |
| 09/18/2017 | 2 | MEMORANDUM OF LAW in Support of Petition 2254. Statement of Fact by James Peter Kyricopoulos in re 1 Petition for Writ of Habeas Corpus (28:2254). (Coppola, Katelyn) (Entered: 09/18/2017) |
| 09/18/2017 | 3 | ELECTRONIC NOTICE of Case Assignment. Judge F. Dennis Saylor, IV assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (Coppola, Katelyn) (Entered: 09/18/2017) |
| 09/19/2017 | 4 | Filing fee/payment: $5.00, receipt number 1BST064455 for 1 Petition for Writ of Habeas Corpus (28:2254) (Coppola, Katelyn) (Entered: 09/19/2017) |
| 10/05/2017 | 5 | Letter to the Court from James Peter Kyricopoulos. (Geraldino-Karasek, Clarilde) (Entered: 10/05/2017) |
| 10/05/2017 | 6 | DOCKET SHEET sent to James Peter Kyricopoulos W#105398 Old Colony Correctional Center 1 Administration Road Bridgewater, MA 02324 (Geraldino-Karasek, Clarilde) (Entered: 10/05/2017) |
| 10/10/2017 | 7 | Judge F. Dennis Saylor, IV: ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 21 days of receipt of this order. (Maynard, Timothy) (Entered: 10/10/2017) |

| | | |
|---|---|---|
| 10/16/2017 | 8 | MOTION to Amend 1 Petition for Writ of Habeas Corpus (28:2254) by James Peter Kyricopoulos.(Maynard, Timothy) (Entered: 10/16/2017) |
| 10/17/2017 | 9 | Letter/request (non-motion) from James Peter Kyricopoulos. (DOCKET SHEET SENT on this date) (Maynard, Timothy) (Entered: 10/17/2017) |
| 10/19/2017 | 10 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 8 Motion to Amend. Petitioner is directed to file a complete Amended Petition by 11/2/2017. COPY MAILED. (Pezzarossi, Lisa) (Entered: 10/19/2017) |
| 10/19/2017 | 11 | MOTION for Immediate Release by James Peter Kyricopoulos. (Maynard, Timothy) (Entered: 10/19/2017) |
| 10/19/2017 | 12 | ADDENDUM re 1 Petition for Writ of Habeas Corpus (28:2254) filed by James Peter Kyricopoulos by James Peter Kyricopoulos. (Attachments: # 1 Exhibit) (Maynard, Timothy) (Entered: 10/19/2017) |
| 10/27/2017 | 13 | Letter/request (non-motion) requesting D. 7 from James Peter Kyricopoulos. (Document sent on this date) (Maynard, Timothy) Modified on 10/27/2017 (Maynard, Timothy). (Entered: 10/27/2017) |
| 10/31/2017 | 14 | NOTICE of Appearance by Eva M. Badway on behalf of Erin Gaffney (Badway, Eva) (Entered: 10/31/2017) |
| 10/31/2017 | 15 | NOTICE by Erin Gaffney *Regarding Existence of Victim* (Badway, Eva) (Entered: 10/31/2017) |
| 10/31/2017 | 16 | MOTION to Dismiss by Erin Gaffney. (Attachments: # 1 Exhibit State Court Docket, # 2 Exhibit State Appeals Court Docket, # 3 Exhibit State Appeals Court Docket, # 4 Exhibit SJ Docket, # 5 Exhibit SJ petition, # 6 Exhibit USDC docket, # 7 Exhibit USDC docket)(Badway, Eva) (Entered: 10/31/2017) |
| 10/31/2017 | 17 | MEMORANDUM in Support re 16 MOTION to Dismiss filed by Erin Gaffney. (Badway, Eva) (Entered: 10/31/2017) |
| 11/02/2017 | 18 | AMENDED PETITION for Writ of Habeas Corpus pursuant to 28:2254, filed by James Peter Kyricopoulos. (Attachments: # 1 Exhibit)(Maynard, Timothy) (Entered: 11/02/2017) |
| 11/06/2017 | 19 | Letter/request (non-motion) from James Peter Kyricopoulos. (Maynard, Timothy) (Entered: 11/06/2017) |
| 11/06/2017 | 20 | MOTION to Compel by James Peter Kyricopoulos.(Maynard, Timothy) (Entered: 11/06/2017) |
| 11/06/2017 | 21 | MOTION for Evidentiary Hearing by James Peter Kyricopoulos. (Maynard, Timothy) (Entered: 11/06/2017) |
| 11/06/2017 | 22 | MOTION for Immediate Release by James Peter Kyricopoulos. (Maynard, Timothy) (Entered: 11/06/2017) |
| 11/06/2017 | 23 | Opposition re 16 MOTION to Dismiss filed by James Peter Kyricopoulos. (Maynard, Timothy) (Entered: 11/06/2017) |
| 11/13/2017 | 24 | Amended PETITION for Writ of Habeas Corpus pursuant to 28:2254, filed by James Peter Kyricopoulos. (Attachments: # 1 Exhibits)(Maynard, Timothy) (Entered: 11/13/2017) |
| 11/21/2017 | 25 | DECLARATION by James Peter Kyricopoulos. (Maynard, Timothy) (Entered: 11/21/2017) |
| 12/04/2017 | 26 | Letter/request (non-motion) from James Peter Kyricopoulos. (Halley, Taylor) (Entered: 12/05/2017) |
| 12/05/2017 | 27 | DOCKET SHEET sent to James Peter Kyricopoulos (Halley, Taylor) (Entered: 12/05/2017) |
| 12/08/2017 | 29 | Chronology of Post-Conviction Petitions Attacking State Convictions by James Peter Kyricopoulos. (Halley, Taylor) (Entered: 12/20/2017) |

| 12/18/2017 | 28 | Petitioner's ADDENDUM to re 21 MOTION for Hearing filed by James Peter Kyricopoulos. (Halley, Taylor) (Entered: 12/20/2017) |
|---|---|---|
| 01/02/2018 | 30 | MOTION to recuse Judge F. Dennis Saylor from case by James Peter Kyricopoulos.(Halley, Taylor) (Entered: 01/08/2018) |
| 01/10/2018 | 31 | Letter/request from James Peter Kyricopoulos to Chief Justice Patty Saris. (Pezzarossi, Lisa) (Entered: 01/10/2018) |
| 01/10/2018 | 32 | DOCKET SHEET sent to James Peter Kyricopoulos. (Pezzarossi, Lisa) (Entered: 01/10/2018) |