UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NO. _____

IN Re:   James Peter Kyricopoulos,
         petitioner

_____

PETITIONER"S MOTION FOR RECUSAL OF
JUSTICES TORRUELLA, LYNCH AND
BARRON

NOW COMES THE PETITIONER, PRO_SE AND RESPECTFULLY MOVES THE following jUstices, Torruella, Lynch and Barron to recuse themselves from adjudicating the attached petitioner's Writ of Mandamus. As reasons for, reviewing the petitioner's affidavit, the aforementioned three (3) justices are discussed for engaging in the most egregious misconduct of a prior Writ of Mandamus, no.17-1651, dated August 3, 2017. They know because of their unethical and criminal conduct, that the petitioner is still sitting in this "shithole," because of criminal conduct by state agents, they commit the crimes, the petitioner is doing the time.

As this Court has said in a number of previous case authority, the petitioner is guaranteed a fair hearing in front of a fair tribunal.

Accordingly, his Motion must be ALLOWED.

                              Respectfully submitted,

                              James Peter Kyricopoulos,
                                petitioner, pro-se
                              presently incarcerated at:
                              OLd Colony Correctional Cen-
                              ter-Minimum SEcurity
                              One administration Road
                              Bridgewater, Mass. 02324

Dated:  February  5, 2018