UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NO.

_____

IN Re:   James Peter Kyricopoulos,
petitioner

_____

PETITIONER"S MOTION TO WAIVE ALL COSTS,
INCLUDING FILING FEES

NOW COMES the petitioner,. pro-se, and moves this honorable Court to Allow his Motion to Waive All cOsts including the required Filing Fee for theadjudication of the attached Writ of Mandamus. As reasons for, the petitioner has already been declared **INDIGENT** by this Court in previous pleadings all related to this Writ of Mandamus, as  no. 17-1651, Writ of Mandamus that was DENIED on August 3, 2017.

Accordingly, petitioner's Motion must be **ALLOWED, guaranteeing the petitioer a fair hearing.**

Respectfully submitted,

/s/ James Peter Kyricopoulos

James Peter Kyricopoulos,
petitioner, pro-se
presently incarcerated at:
Old Colony Correctional Center
Minimum Security
ONe Administration Road
Bridgewater, Mass. 02324

Dated:    February 5, 2018