Dated:  April 9, 2018

FILED
IN CLERKS OFFICE

2018 APR 16 PM 12: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

VIA FIRST CLASS MAIL.

LISA PEZZAROSSI, DEP. CLERK
UNITED STATES  DISTRICT COURT
OFFICE OF THE CLERK
1 COURTHOUSE WAY,  SUITE  2300
BOSTON, MASSACHUSETTS  02210

In Re:   Kyricopoulos    v.   Gaffney
         Civil No. 17-11778-FDS

Dear Ms. Pezzarossi;

   Please forgive my indulgence, kindly find enclosed for docketing immediately and ruling:

   1.  Petitione's Motion for the Alternative;  and

   2.  Certificate of Service.

Thank you for your time, and still waiting for updated docket entries, need them for my next filing to a Superior  Court.

                                         Sincerely,

                                         James Peter Kyricopoulos,
                                         petitioner, pro-se
                                         presently incarcerated at:
                                         Old colony Correctional
                                         Center-Minimum Seurity
JPK                                      One Administration Road
enclosures                               Bridgewater, Mass. 02324
cc: See Certificate of Service

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES PETER KYRICOPOULOS,  )
    petitioner

v.                         )        Civil Action No. 17-11778-FDS

ERIN GAFFNEY,              )
    RESPONDENT

                           )

PETITIONER'S MOTION IN THE
ALTERNATIVE

NOW COMES the petitioner, pro-se and submits this Motion in the Alternative, for the Petitioner to Proceed with Appeal, no. 18-1245. As reasons for, the petitioner upon receiving a notice from the First Circuit Court of Appeals, timely filed Motion for Extension or Enlargement of Time as he did not have the form/application with acconpanying affidavit to proceed in Forma Pauperis see attached copy of Motion dated March 26, 2018. As of today, the petitioner hasNOT received anything from this Court, the petitioner has attached a a Order of the Court, First Circuit, May 31, 2017, less than a year ago, granting the petitioner to proceed in forma pauperis, where he was Appealing the District Court didmissing his related habeas corpus, well today, same facts, still incarcerated, nothing different, but the habeas

attacking same state conviction. As the U.S. Supreme Court has said in Rule 39, lower court has already declared petitioner can proceed in Forma Pauperis.

Accordingly, instead og forwarding petitioner the forms, and delaying 2-3 weeks, there is no way the petitioner can be denied to proceed in Forma Pauperis, Allow the petitioner to proceed in Forma Pauperis in this Appeal, docketed as no. 18-1245 in the alternative.

Respectfully submitted,

James Peter Kyricopoulos,
petitioner, pro-se
presently incarcerated at:
Old colony Correctional Center
Minimum Security
One Administration Road
Bridgewater, Mass. 02324

Dated: april 9, 2018

CERTIFICATE OF SERVICE

I, James Peter Kyricopoulos, petitioner, pro-se do hereby certify that true copies of the enclosed were mailed to the following by first class mail, postage prepaid this 9th day of April 2018:

EVA BADWAY, ASST' ATT. GENERAL
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASS.  02108


STEPHEN BREYER,
UNITED STATES SUPREME COURT JUSTICE
UNITED STATES SUPREME COURT
1 FIRST ST., N.E.
WASHINGTON, D.C.  20543


MARGARET CARTER, CLERK
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MASSACHUSETTS 02210


_____
James Peter Kyricopoulos

Dated:  April 9, 2018

# United States Court of Appeals
## For the First Circuit

No. 17-1374

JAMES PETER KYRICOPOULOS,

Petitioner, Appellant,

v.

JOSEPH MURPHY,

Respondent, Appellee.

**ORDER OF COURT**

Entered: May 31, 2017

Petitioner's motion to proceed in forma pauperis is **GRANTED**. Petitioner's motion to stay this proceeding is **DENIED**; however, the deadline for petitioner to file an application for certificate of appealability is extended to June 16, 2017. No further extensions will be granted.

By the Court:

/s/ Margaret Carter, Clerk

cc:
James Peter Kyricopoulos
Eva Marie Badway

Dated: March 26, 2018

VIA FIRST CLASS MAIL.

LISA PEZZAROSSI, DEP. CLERK
TO THE VERY HONORABLE U.S.D.J.
F. DENNIS SAYLOR IV
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS  02210

IN RE:    JAMES PETER KYRICOPOULOS, petitioner/appellant

v.

ERIN GAFFNEY, respondent/appellee

Civil Action no. 17-11778-FDS

Appeals Court No. 18-1245

Dear Ms. Pezzarossi;

    Please find enclosed to be filed and processed  forthwith

    1. Petitioner's Motion for Extension of Time;

    2. Certificate of Service.

Thank you for your time, and you kindly forward to me after the Court rules upon the above Motion, certified docket entries for the Appeal.

Sincerely,

James Peter Kyricopoulos,
   petitioner/appellant, pro-se
presently incarcerated at:
Old Colony Correctional Center
Minimum Security
One Administration Road
Bridgewater, Mass. 02324

JPK
enclosures
cc:  Margaret Carter, Clerk, U.s. Court of Appeals
     Andrew Lelling, U.S. attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES PETER KYRICOPOULOS,    )
    petitioner
                             )

    v.                       )    Civil Action No. 17-11778-FDS

ERIN GAFFNEY,
    respondent          )

## PETITIONER'S MOTION FOR ENLARGEMENT OF TIME

**NOW COMES** the petitioner, James Peter Kyricopoulos, pro-se and submits this Motion for Enlargement of Time to File His Motion Motion to Proceed In Forma Pauperis upon receiving the enclosed notice from the Clerk of the U.S. Court of Appeals for the First Circuit, dated march 21, 2018. As reasons for, here at this prison where they haver kept me for over the three (3) years of false imprisonment, they do not download the Court forms, and the petitioner is requesting that this Court Court direct his clerk to forward the required forms in order for the petitioner can fill them out and forward to this Court for its Allowance The Notice from the Clerk states that the petitioner has 14 days from the date of her notice.

The petitioner is requesting thathe be granted an additional 14 days to complete the forms and forward them to this Court. The petitioner is exercising all safeguards, because of the Bias and Prejudice that this Court has and the First Circuit, kindly see copy of Request to Andrew Lelling, U.S. Attorney for the District of Massachusetts, kindly review, the inference that a reasonable person would conclude is nothing but shock and disgust that a federal courthouse is corrput.

ACCORDINGLY, the Petitioner's Motion must be Allowed.

    Respectfully submitted,

    James Peter Kyricopoulos,
    petitioner, pro-se
    presently incarcerated at:
    OLd Colony Correctional Center
    Minimum Security
    One Administration Road
    Bridgewater, Mass. 02324

Dated:   March 26, 2018

**CERTIFICATE OF SERVICE**

I, James Peter Kyricopoulos, petitioner, pro-se do hereby certify that true copies of the enclosed were mailed to the following by first class mail, postage prepaid this 26th day of March, 2018:

        EVA BADWAY, ASST' ATTORNEY GENERAL
        OFFICE OF THE ATTORNEY GENERAL
        ONE ASHBURTON PLACE
        BOSTON, MASSACHUSETTS   02108

        MARGARET CARTER, CLERK
        UNITED STATES COURT OF APPEALS
         FOR THE FIRST   CIRCUIT
        UNITED STATES DISTRICT COURTHOUSE
        1 COURTHOUSE WAY,   SUITE 2500
        BOSTON, MASSACHUSETTS 02210

_____
James Peter   Kyricopoulos

Dated:   March 26, 2018

# United States Court of Appeals
## For the First Circuit

No. 18-1245

JAMES PETER KYRICOPOULOS

Petitioner - Appellant

v.

ERIN GAFFNEY

Respondent - Appellee

### CASE OPENING NOTICE

Issued: March 21, 2018

The above-captioned appeal was docketed in this court today pursuant to Rule 12 of the Federal Rules of Appellate Procedure. The above case number and caption (unless modified or amended as reflected in the heading of future court notices or orders) should be used on all papers subsequently submitted to this court. If any party disagrees with the clerk's office's designation of the parties on appeal, it must file a motion to amend the caption with any supporting documentation attached. Absent an order granting such a motion, the parties are directed to use the above caption on all pleadings related to this case.

Upon confirmation by the circuit clerk that the record is complete either because no hearing was held, no transcript is necessary, or the transcript is on file, the clerk's office will set the briefing schedule and forward a scheduling notice to the parties.

Within seven days of filing the notice of appeal, appellant must pay the filing fee to the district court clerk. An indigent appellant who seeks to appeal in forma pauperis must file a motion and financial affidavit in the district court in compliance with Fed. R. App. P. 24. Unless this court is provided with notice of paying the filing fee to the clerk of the district court or filing a motion seeking in forma pauperis status within fourteen days of the date of this notice, this appeal may be dismissed for lack of prosecution. 1st Cir. R. 3.0(b).

An appearance form should be completed and returned immediately by any attorney who wishes to file pleadings in this court. 1st Cir. R. 12.0(a) and 46.0(a)(2). Any attorney who has not been admitted to practice before the First Circuit Court of Appeals must submit an application and fee for admission using the court's Case Management/Electronic Case Files ("CM/ECF")