UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES PETER KYRICOPOULOS, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Civil Action No.<br>) 17-11778-FDS |
| ERIN GAFFNEY, | )<br>)<br>) |
| Respondent. | )<br>) |

## ORDER ON *IN FORMA PAUPERIS* MOTION

**SAYLOR, J.**

On May 3, 2018, this Court issued an order directing petitioner to file a motion to proceed *in forma pauperis* along with a supporting affidavit by June 4, 2018. In the interim, petitioner had filed an appeal with the First Circuit and filed a separate motion to proceed *in forma pauperis*. The First Circuit then directed this Court to rule on that pending motion.

The Court will treat the motion before the First Circuit as the operative motion to proceed *in forma pauperis*. Petitioner is directed to file a completed form of the "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis," a copy of which was previously mailed to petitioner, on or before June 4, 2018.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor, IV
United States District Judge

Dated: May 4, 2018