UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES PETER KYRICOPOULOS,          )

    petitioner

                      )

    v.                                 Civil No. 17-11778-FDS
                      )

ERIN GAFFNEY,
                      )
    respondent

                      )

PETITIONER, JAMES PETER KYRICOPOULOS'
RESPONSE TO DISTRICT COURT'S
ORDER/NOTICE DATED
MAY 3, 2018

NOW COMES the petitioner, James Peter Kyricopoulos, pro-se,
and submits this response to this Court's Order/Notice dated
May 3, 2018, see attached copy of. As reasons for, the Court
through his dep. clerk, Lisa Pezzarossi forwarded a Affidavit
Accompanying Motion to Proceed In Forma Pauperis, whereby a Order
was Vaxcated where this Court refused to forward said Application
weeks ago, this Order was printed out at 6:52 A.M., well, this
same day, the Appeals Court sent out  an Order dated same day, se
attached copy, where the Clerk of the Appeals Court transmitted
a copy of Motion that was forwarded to this Court with  CC: to

First Circuit to show that petitioner is doing everything by the
rules, and the petitioner has attached copy of Motion with
Certificate of Service dated April 23, 2018, what is going on,
more fraud by Judge Saylor IV and his staff, no problem.
The petitioner is completing his "dossier" whereby this Court
has knowingly and deliberately kept an elderly person falsely
imprisomned on FRAUD, see section 240002: crimes against the
elderly, false imprisonment inflicyed upon a elderly person
with Fraud must be dealt with the severest of punishment," WOW,
Yes, ans as everyone knows, the petitioner is now 68 years of
age, and when this false imprisonment commenced he was 65 years
of age, WOW.

The petitioner wopuld be remiss, he also attached to the afore-
mentioned Motion dated April 23, 2018, a copy of a Order dated
last May from the First Circuit Court of appeals declaring the
petitioner Indigent, and allowing him to proceed in Forma
pauperis, so WHY this Delay, all a sick conspiracy to unflicy mor
pain upon the elderly person, and also for him to expend more
financial resources, how many times is the elderly person
going to file same papers.

                              Respectfully submitted,


                              James Peter Kyricopoulos,
                              petitioner, pro-se
                              presently incarcerated at:
                              Old Colony Correctional Center
                              Minimum Security
                              One administration Road
                              Bridgewater, Mass. 02324

Dated: May 8, 2018

CERTIFOICATE OF SERVICE

I, James Peter Kyricopoulos, petitioner, pro-se do hereby
certify that true copies of the enclosed were mailed to the
following by fox  first class mail, postage prepaid this  8th
day of May, 2018:

> EVA BADWAY,  ASST' ATTORNEY GENERAL
> OFFICE OF THE ATTORNEY GENERAL
> ONE ASHBURTON PLACE
> BOSTON, MASSACHUSETTS   02108

> MARGARET CARTER, CLERK
> UNITED STATES COURT OF APPEALS   FOR
> THE FIRST CIRCUIT
> OFFICE OF THE CLERK
> 1 COURTHOUSE WAY,   SUITE   2500
> BOSTON, MASSACHUSETTS   02210

> UNITED STATES SUPREME COURT
> JUSTICE STERPHEN BREYER
> UNITED STATES SUPREME COURT
> c/o   OFFICE OF THE CLERK
> UNITED STATES SUPREME COURT BLDG.
> 1 FIRST ST.  N.E.
> WASHINGTON, D.C.   20543

> ANDREW LELLING, U.S. ATTORNEY
> OFFICE OF THE UNITED STATES ATTORNEY
> FOR THE DISTRICT OF MASSACHUSETTS
> UNITED STATES COURTHOUSE
> 1 COURTHOUSE WAY,   SUITE   9200
> BOSTON, MASSACHUSETTS   02210

James Peter Kyricopoulos

Dated: May 8, 2018

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 5/3/2018 at 6:52 AM EDT and filed on 5/3/2018
**Case Name:**     Kyricopoulos v. Gaffney
**Case Number:**   1:17-cv-11778-FDS
**Filer:**
**WARNING: CASE CLOSED on 02/14/2018**
**Document Number:** 56(No document attached)

**Docket Text:**
**Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered. To the extent that [55] Petitioner's Motion in the Alternative is seeking reconsideration on this Court's order issued on 4/16/2018 (Docket #53) Denying the Motion for Extension of time to File a Motion to Proceed in Forma Pauperis, the [53] Order is hereby VACATED. The clerk will forward the Petitioner the "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis". Petitioner shall file his motion along with the provided form by June 4, 2018. COPY MAILED. (Pezzarossi, Lisa)**

**1:17-cv-11778-FDS Notice has been electronically mailed to:**

Eva M. Badway    eva.badway@state.ma.us, appealsefilings@state.ma.us

**1:17-cv-11778-FDS Notice will not be electronically mailed to:**

James Peter Kyricopoulos
W#105398
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

# United States Court of Appeals
## For the First Circuit

No. 18-1245

### JAMES PETER KYRICOPOULOS

Petitioner - Appellant

v.

ERIN GAFFNEY, Superintendent of Old Colony Correctional Center

Respondent - Appellee

### ORDER OF COURT

Entered: May 3, 2018
Pursuant to 1st Cir. R. 27.0(d)

Petitioner-appellant James Peter Kyricopoulos has submitted a motion to proceed in forma pauperis ("IFP") on appeal to this court which is captioned for filing in the district court. Accordingly, we transmit the motion and supporting affidavit to the district court (Case No. 1:17-cv-1178-FDS (D. Mass.)) for action in the first instance. See Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. If the district court denies leave to proceed IFP, it is asked to state its reasons in writing. Fed. R. App. P. 24(a)(2). In that case, appellant may then file a motion to proceed IFP in this court, provided that he does so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. F. Dennis Saylor
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
James Peter Kyricopoulos
Eva Marie Badway